```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 44979
    ROBERT S STEINBEIGLE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-6587
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/06/05 and confirmed on 02/02/06.

    2.  The case was converted to Chapter 7 after confirmation, 04/03/2007.

    3.  The Debtor paid a total of $  15400.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 6302.04 | 469.08 | 1832.42 |
| FIRST COMMUNITY BANK | SECURED | .00 | .00 | .00 |
| GRUNDY COUNTY NATL BANK | SECURED | 6700.00 | 498.69 | 1948.16 |
| HERITAGE CRYSTAL CLEAN | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | SECURED | 7500.00 | 558.23 | 2180.78 |
| SNAP ON CREDIT | SECURED | 13750.00 | 1092.81 | 3961.65 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2316.33 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 18457.02 | .00 | .00 |
| ARNIES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12072.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1706.56 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 476.76 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHUCK DZACK | UNSECURED | NOT FILED | .00 | .00 |
| DARCY OLDSMOBILE VW GMC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2555.81 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 1696.33 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 801.48 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 787.57 | .00 | .00 |
| MERCEDES BENZ OF ORLAND | UNSECURED | 3538.68 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| THE CHROME SHOP | UNSECURED | NOT FILED | .00 | .00 |
| SNAP ON CREDIT | UNSECURED | 3046.04 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 26.05 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 553.21 | .00 | .00 |

```
INTERNAL REVENUE SERVICE   UNSECURED       15893.62              .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED         702.33              .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED         844.51              .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED         828.57              .00              .00
JACOB P GRABOWSKI          UNSECURED        3662.00              .00              .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                         SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      34252.04      20773.35     49191.67         .00     104217.06
PRINCIPAL PAID           9923.01           .00           .00        .00       9923.01
INTEREST PAID            2618.81           .00           .00        .00       2618.81
TOTAL PAID              12541.82           .00           .00        .00      12541.82
```

The Debtor's attorney, JOHN A REED                    , was allowed $   2700.00
and was paid $    406.00   direct and $   2294.00   through the plan.

The Trustee received $    564.18 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/17/07                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE